```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                             Case No. 2:08-cr-48

Andrew Pfeifer

<u>ORDER</u>

      This matter came before the court on December 21, 2015, for a hearing on the probation officer's petition for revocation of defendant's supervised release. The court finds that the alleged violations did occur. As a sanction, defendant's supervised release is extended for a period of one year, and will expire on June 29, 2016. This period of supervised release will be under the original conditions previously imposed. It shall be an additional condition that defendant continue in and successfully complete his treatment programs.

Date: December 29, 2015                    s/James L. Graham
                                                James L. Graham
                                                United States District Judge